**No. 51442.**—Protests 721297–G, etc., of R. A. Lopez (New York).

Opinion by KEEFE, J. It was stipulated that certain items of the merchandise consist of cheese the same as that the subject of Abstract 48269. In accordance therewith it was held that an allowanje of 2½ percent should have been made in the weight of the cheese by the collector in computing the duty thereon to compensate for the weight of the inedible coverings on the outside of the cheese. The protests were sustained to this extent.